IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ROGER PORTER,

    Plaintiff,

v.                        Civil Action No. 2:15-cv-02780

AAR AIRCRAFT SERVICES, INC.,
a/k/a AAR, and AAR CORP.,

    Defendants.

### JURY VERDICT FORM

We, the Jury, unanimously answer the questions submitted by the Court as follows:

1. Do you find that Defendants committed a material breach of the contract and failed or refused to perform what was required under the contract with Plaintiff?

    YES _✓_  NO ____

2. If yes (Defendants breached the contract), then Plaintiff is entitled to damages in the amount of $ _250,000_

FOREPERSON: _Tim Shelton_

DATE: _12/13/18_      Tim Shelton

17